IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BOGDANA SHCHERBIY,<br><br>     Defendant. | 8:17CB3<br>Violation No.: 6483376-NE14<br><br>DISMISSAL ORDER |

NOW ON THIS 19th day of July, 2017, this matter is before the Court on the United States' Motion to Dismiss (Filing No. 9).  The Court, being duly advised in the premises, finds that said motion should be granted.

IT IS HEREBY ORDERED:

The United States' Motion to Dismiss (Filing No. 9) is granted. The above-captioned case as to defendant BOGDANA SHCHERBIY is dismissed with prejudice.

Dated this 19th day of July, 2017.

         BY THE COURT:

         s/ Susan M. Bazis
         United States Magistrate Judge